**Electronically Filed
Supreme Court
SCPW-25-0000348
22-MAY-2025
07:55 AM
Dkt. 7 ODDP**

SCPW-25-0000348

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE ELDEN PAULINE

_____

ORIGINAL PROCEEDING
(CASE NO. 1CPN-24-0000029)

<u>ORDER DENYING PETITION</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the letter filed April 15, 2025, which we construe as a petition for writ of mandamus, the motion filed on May 19, 2025, and the record, an extraordinary writ is unwarranted because Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to seek relief. <u>See</u> <u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

It is further ordered that the motion is denied without prejudice to Petitioner seeking relief in the circuit court through counsel, as appropriate. The appellate clerk shall

serve Petitioner's counsel, Daniel Kawamoto, Esq., with a copy of the petition, motion, and this order.

DATED:  Honolulu, Hawaiʻi, May 22, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

